CLOSED, MJKRECUSED, STANDARD

# U.S. District Court
## District of Maine (Bangor)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00033-JAW
#### Internal Use Only

| | |
|---|---|
| RONCO v. AU OPTRONICS CORP et al | Date Filed: 03/09/2007 |
| Assigned to: JUDGE JOHN A. WOODCOCK, JR | Date Terminated: 06/04/2007 |
| Cause: 15:15 Antitrust Litigation | Jury Demand: Plaintiff |
| | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**PATRICIA RONCO**　　　　　　　　　represented by　**SAMUEL W. LANHAM, JR.**
*On behalf of herself and all others*　　　　　　　　　　　　　LANHAM & BLACKWELL, P.A.
*similarly situated in the State of Maine*　　　　　　　　　　　470 EVERGREEN WOODS
　　　　　　　　　　　　　　　　　　　　　　　　　　　BANGOR, ME 04401
　　　　　　　　　　　　　　　　　　　　　　　　　　　(207) 942-2898
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: slanham@lanhamblackwell.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU OPTRONICS CORP**

**Defendant**

**AU OPTRONICS CORP AMERICA**

**Defendant**

**CHI MEI OPTOELECTRONICS CO LTD**

**Defendant**

**CHI MEI OPTOELECTRONICS USA INC**

**Defendant**

**CHUNGHWA PICTURE TUBES LTD**

**Defendant**

**FUJITSU LIMITED INC**

**Defendant**

**FUJITSU AMERICA INC**

**Defendant**

**HANNASTAR DISPLAY CORPORATION**

**Defendant**

**HITACHI LTD**

**Defendant**

**HITACHI DISPLAYS LTD**

**Defendant**

**HITACHI AMERICA LTD**

**Defendant**

**IDTECH CO LTD**

**Defendant**

**IDTECH USA INC**

**Defendant**

**IPSA ALPHA TECHNOLOGY LTD**

**Defendant**

**LG PHILIPS LCD CO LTD**

**Defendant**

**LG PHILIPS LCD AMERICA INC**

**Defendant**

**MATSUSHITA ELECTRIC INDUSTRIAL CO LTD**

**Defendant**

**PANASONIC CORPORATION OF NORTH AMERICA**

**Defendant**

**MITSUBISHI ELECTRIC CORPORATION**

**Defendant**

**MITSUBISHI ELECTRIC & ELECTRONICS USA INC**

**Defendant**

**NEC ELECTRONICS**

CORPORATION

**Defendant**

NEC ELECTRONICS AMERICA INC

**Defendant**

NEC LCD TECHNOLOGIES LTD

**Defendant**

SAMSUNG ELECTRONICS COMPANY LTD

**Defendant**

SAMSUNG ELECTRONICS AMERICA

**Defendant**

SANYO ELECTRIC CO LTD

**Defendant**

SANYO NORTH AMERICA CORPORATION

**Defendant**

EPSON IMAGING DEVICES CORPORATION

**Defendant**

SEIKO EPSON CORPORATION

**Defendant**

EPSON AMERICA INC

**Defendant**

EPSON ELECTRONICS AMERICA INC

**Defendant**

SHARP CORPORATION

**Defendant**

SHARP ELECTRONICS CORPORATION

**Defendant**

S-LCD CORPORATION

**Defendant**

**SYNTAX BRILLIAN CORP**

**Defendant**

**TOSHIBA CORPORATION**

**Defendant**

**TOSHIBA AMERICA INC**

**Defendant**

**TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO LTD**

**Defendant**

**JOHN DOES 1-100**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2007 | 1 | COMPLAINT against all defendants with Jury Demand filed by PATRICIA RONCO.(Service of Process Deadline 7/9/2007)(jgw, ) (Entered: 03/12/2007) |
| 03/12/2007 |  | Filing Fee Received from PATRICIA RONCO: Amount Paid: $350.00. Receipt Number: 107000139. Method of Payment: check. Purpose of Payment: Filing fee. Date Paid: 3/12/07 (jgw, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2 | LETTER from Clerk's office to MDL panel. (jgw, ) (Entered: 03/12/2007) |
| 05/14/2007 | 3 | Initial MDL CONDITIONAL TRANSFER ORDER (Attachments: # 1 Transmittal letter) (err, ) (Entered: 05/14/2007) |
| 05/23/2007 | 4 | TEMPORARY ORDER OF RECUSAL. Judge MARGARET J. KRAVCHUK recused. By Judge MARGARET J. KRAVCHUK. (CWP, ) (Entered: 05/23/2007) |
| 05/23/2007 |  | (Court only) ***Set MJK Recusal Flag(err, ) (Entered: 05/23/2007) |
| 06/04/2007 | 5 | Multidistrict Litigation Panel Order transferring case the Honorable Susan Illston, Northern District of California, San Francisco Division. (Attachments: # 1 Letter requesting transfer of file) (err, ) (Entered: 06/05/2007) |
| 06/05/2007 |  | (Court only) ***Clear Stayed Flag(err, ) (Entered: 06/05/2007) |
| 06/05/2007 | 6 | Remark: Case transferred to the Nortehrn District of California, San Francisco Division (err, ) (Entered: 06/05/2007) |