Samuel W. Lanham, Jr., Esq. (ME 2258)
Lanham & Blackwell, P.A.
470 Evergreen Woods
Bangor, ME  04401
(207) 942-2898 (phone)
(207_941-8818  (facsimile)
slanham@lanhamblackwell.com

Attorneys for Plaintiff, Patricia A. Ronco

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 1:07-cv-33<br>MDL No. 1827<br><br>**NOTICE OF CHANGE OF FIRM NAME & EMAIL ADDRESS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the former law firm of Cuddy & Lanham's, P.A., name has been changed to Lanham & Blackwell, P.A.   All further pleadings, notices, documents or other papers herein, exclusive of original process, shall be served at the following address.   Additionally, please note Attorney Lanham's new email address:

    LANHAM & BLACKWELL, P.A.
    470 Evergreen Woods
    Bangor, ME   04401
    slanham@lanhamblackwell.com

Dated:  June 15, 2007                        Lanham & Blackwell, P.A.

                                              /s/ Samuel W. Lanham, Jr.
                                              Samuel W. Lanham, Jr.
                                              Attorneys for Plaintiff, Patricia A. Ronco

1  Of Counsel:

2  Wyatt B. Durrette, Jr.
   Christine A. William
3  DurretteBradshaw PLC
   600 E. Main Street, 20th Floor
4  Richmond, VA  23219
   Phone:  (804) 775-6900
5  Fax:  (804) 775-6911

6  Edward J. Westlow
   600 East Main Street, 20th Floor
7  Richmond, VA 23219-2430
   Phone:  (804) 780-0305
8  Fax:  (804) 780-0306

9  Richard L. Coffman
   The Coffman Law Firm
10 240 Orleans Street,  Suite 200
   Beaumont, TX  77701
11 Telephone: (409) 832-4767
   Facsimile:  (866) 835-8250

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff, Patricia A. Ronco's, Notice of Change of Firm Name & Email Address          Case No. 1:07-cv-33

1  CERTIFICATE OF SERVICE

2  I hereby certify that on June 15, 2007, a copy of the foregoing was filed electronically.

3  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

4  Parties may access this filing through the Court' system.

5

6

7  Date:  June 15, 2007                    /s/ Samuel W. Lanham, Jr.
                                            Attorney for Plaintiff,
                                            Patricia A. Ronco
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
3
Plaintiff, Patricia A. Ronco's, Notice of Change of Firm Name & Email Address     Case No. 1:07-cv-33