1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE TFT-LCD (FLAT PANEL)
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO

*EMW, Inc. v. LG Philips LCD Co., Ltd. et al.*

Case No. C-07-2796 SI and

ALL INDIRECT PURCHASER
ACTIONS

Master File No. C07-1827 SI

No. C-07-2796 SI

[PROPOSED] ORDER APPOINTING
INTERIM CLASS COUNSEL FOR THE
CALIFORNIA INDIRECT PURCHASERS
SUBGROUP

   Plaintiff EMW, Inc.'s Motion To appoint Interim Class Counsel For the California Indirect

Purchasers Subgroup came on for hearing on July 10, 2007 before the Honorable Susan Illston.

Lingel H. Winters, Esq. and Thomas V. Girardi, Esq. appeared in behalf of plaintiff and the

putative class of indirect purchasers.  After reviewing the papers filed and hearing argument by

all parties: the court hereby enters the following order:

21    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT

2

3    Plaintiff EMW's Motion To Appoint Interim Class Counsel For the California Indirect Purchasers

4    Subgroup is GRANTED and the law firms of Girardi & Keese per Thomas V. Girardi, Esq. and

5    Lingel H. Winters P.C. are appointed interim class counsel for the California Indirect Purchasers

6    Subgroup and putative class.

7

8        Dated: July ___, 2007                        _____

9                                                      Honorable Susan Illston
                                                       UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL FOR THE CALIFORNIA INDIRECT
PURCHASERS SUBGROUP