1  Samuel W. Lanham, Jr., Esq. (ME 2258)
   Lanham & Blackwell, P.A.
2  470 Evergreen Woods
   Bangor, ME  04401
3  (207) 942-2898 (phone)
   (207_941-8818  (facsimile)
4  slanham@lanhamblackwell.com

5  Attorneys for Plaintiff, Patricia A. Ronco

6              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
7                 SAN FRANCISCO DIVISION

8  
                                             N. California Case No. 07-cv-3078
9  IN RE: TFT-LCD (FLAT PANEL)               MDL No. 1827
   ANTITRUST LITIGATION
10                                           **NOTICE OF APPEARANCE**

11

12

13

14       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

15  PLEASE TAKE NOTICE that Attorney Brett D. Baber from the law firm of Lanham &

16  Blackwell, PA. is hereby appearing as co-counsel on behalf of the plaintiff, Patricia Ronco, in

17  the above captioned matter.   Additionally, please note Attorney Baber's email mailing address

18  and email address:

19       LANHAM & BLACKWELL, P.A.
20       470 Evergreen Woods
         Bangor, ME   04401
21       bbaber@lanhamblackwell.com

22

23  Dated:  November 16, 2007         Lanham & Blackwell, P.A.

24                                    /s/ Samuel W. Lanham, Jr.
                                      Samuel W. Lanham, Jr.
25                                    Attorneys for Plaintiff, Patricia A. Ronco

26

27

28
                                          1
   Plaintiff, Patricia A. Ronco's, Notice of Appearance      Case No. 07-cv-3078

1 | Of Counsel:

2 | Wyatt B. Durrette, Jr.
Christine A. William
3 | DurretteBradshaw PLC
600 E. Main Street, 20th Floor
4 | Richmond, VA  23219
Phone:  (804) 775-6900
5 | Fax:  (804) 775-6911

6 | Edward J. Westlow
600 East Main Street, 20th Floor
7 | Richmond, VA 23219-2430
Phone:  (804) 780-0305
8 | Fax:  (804) 780-0306

9 | Richard L. Coffman
The Coffman Law Firm
10 | 240 Orleans Street,  Suite 200
Beaumont, TX  77701
11 | Telephone: (409) 832-4767
Facsimile:  (866) 835-8250

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Plaintiff, Patricia A. Ronco's, Notice of Appearance         Case No. 07-cv-3078

1

## CERTIFICATE OF SERVICE

2   I hereby certify that on November 16, 2007, a copy of the foregoing was filed

3  electronically.  Notice of this filing will be sent to all parties by operation of the Court's

4  electronic filing system.  Parties may access this filing through the Court' system.

5

6

7  Date:  November 16, 2007               /s/ Samuel W. Lanham, Jr.
                                          Attorney for Plaintiff,
                                          Patricia A. Ronco
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

Plaintiff, Patricia A. Ronco's, Notice of Appearance        Case No. 07-cv-3078