Samuel W. Lanham, Jr., Esq. (ME 2258)
Lanham & Blackwell, P.A.
470 Evergreen Woods
Bangor, ME  04401
(207) 942-2898 (phone)
(207_941-8818  (facsimile)
slanham@lanhamblackwell.com
bbaber@lanhamblackwell.com

Attorneys for Plaintiff, Patricia A. Ronco

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | N. California Case No. 07-cv-3078<br>MDL No. 1827<br><br>**PLAINTIFF, PATRICIA RONCO'S, CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  November 27, 2007          Lanham & Blackwell, P.A.

/s/ Samuel W. Lanham, Jr.
Samuel W. Lanham, Jr.
Attorneys for Plaintiff, Patricia A. Ronco

Of Counsel:

Wyatt B. Durrette, Jr.
Christine A. William
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, VA  23219
Phone:  (804) 775-6900

1  Fax: (804) 775-6911

2  Edward J. Westlow
   600 East Main Street, 20th Floor
3  Richmond, VA 23219-2430
   Phone: (804) 780-0305
4  Fax: (804) 780-0306

5  Richard L. Coffman
   The Coffman Law Firm
6  240 Orleans Street, Suite 200
   Beaumont, TX 77701
7  Telephone: (409) 832-4767
   Facsimile: (866) 835-8250

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on November 27, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court' system.

Date: November 27, 2007          /s/ Samuel W. Lanham, Jr.
                      Attorney for Plaintiff,
                      Patricia A. Ronco